STATE OF CONNECTICUT *v.* STEPHEN BELANGER

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 2 (AC 17279), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Howard I. Gemeiner*, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided November 18, 1999

STATE OF CONNECTICUT *v.* JERMYN REED

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 170 (AC 17543), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, deputy assistant public defender, in support of the petition.

Decided November 18, 1999